UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROGER STERN,<br><br>            Plaintiff,<br><br>     v.<br><br>GEOFFREY STERN,<br><br>            Defendant. | Case No.  5:21-cv-09540 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

    In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable Susan van Keulen for consideration of whether the case is related to 5:21-cv-03127 SVK, *Roger Stern v. Geoffrey Stern.*

    **IT IS SO ORDERED.**

Dated:  December 10, 2021

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 21-cv-09540 NC
SUA SPONTE JUDICIAL REFERRAL

United States District Court
Northern District of California